# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**CANDY L. HICKMAN, on behalf of M.A.H.**

    vs.                        **CASE NUMBER: 7:07-cv-1077 (NAM)**

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.**    This action came to hearing before the Court.
                            The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendations of Magistrate Judge Victor E. Bianchini is rejected, further ordered that the Commissioner's determination is reversed and this action is remanded to the Commissioner for further proceedings. Any appeal of this matter shall be to the Court of Appeals for the Second Circuit.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 27th day of July, 2010.

DATED: July 27, 2010

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk