UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CANDY L. HICKMAN, on behalf of
M.A.H.,

                    Plaintiff,

v.

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action
No. 07-CV-01077

CONSENT ORDER AWARDING
ATTORNEY'S FEES UNDER THE
EQUAL ACCESS TO JUSTICE ACT
(EAJA), 28 U.S.C. § 2412(d)

      IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA)(28 U.S.C. § 2412) in the amount of three thousand five hundred dollars ($3,500.00), plus costs in the amount of three hundred seventy dollars ($370.00). Such award is made in full satisfaction of her claim for attorney fees and expenses pursuant to the EAJA.

      AND, the Court having reviewed the record in this matter;

IT IS on this 27 day of September, 2010;

ORDERED that plaintiff be awarded fees under EAJA in the amount $3,500.00 ($3,500.00) plus costs in the amount of three hundred seventy dollars ($370.00).

_____
Norman A. Mordue
United States District Court Judge

The undersigned hereby consent to the form and entry of the within order.

        Richard S. Hartunian
        United States Attorney

By: s/ Susan Reiss
    Susan Reiss
    Special Assistant U.S. Attorney
    Attorney Bar Number 513984
    c/o Social Security Administration
    Office of General Counsel
    26 Federal Plaza, Room 3904
    New York, NY 10278-0004
    (212) 264-3650, ext. 215
    susan.reiss@ssa.gov

s/ Peter L. Walton
Peter L. Walton, Esq.
Conboy, McKay, Bachman & Kendall, LLP
Attorneys for Plaintiff
Attorney Bar Number 506837
407 Sherman Street
Watertown, NY 13601
(315)788-5100

2