### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK


## JUDGMENT ON ATTORNEY FEES IN A CIVIL CASE


**CANDY L. HICKMAN, on behalf of M.A.H.**

    vs.                         **CASE NUMBER: 7:07-cv-1077 (NAM)**

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**


**Decision by Court.**   This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED

That upon stipulation of the parties, the court enters a Consent Order awarding the Plaintiff attorneys fees in the amount of $3,500.00, plus costs in the amount of $370.00 under the Equal Access to Justice Act, 28 USC section 2412.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 27th day of September, 2010.


DATED: September 28, 2010

_Lawrence K. Baerman_
Clerk of Court


s/

_____

Joanne Bleskoski
Deputy Clerk